UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                      :

UNITED STATES OF AMERICA       :

                             :     **UNSEALING ORDER**

             -v.-               :

                             :

ANDREW DONE,                 :     22 Cr. 192
   a/k/a "Caballo,"       :
VICTOR ALMONTE,           :
   a/k/a "Flaco Capone,"   :
MOISES FONTANEZ,          :
   a/k/a "Goya,"           :
OLBENY DIAZ,                 :
   a/k/a "Sosobrito,"      :
FRAILYN CAPELLAN,         :
   a/k/a "Freko,"          :
JOEL ORTIZ,                  :
   a/k/a "Brooklyn,"       :
EDWIN JIMENEZ,            :
   a/k/a "Pac,"            :
MALVIN RESTITUYO,         :
   a/k/a "Puto,"           :
ANDERSON BURDIER,         :
   a/k/a "Canela, and     :
JOSEPH RIVERA,            :
   a/k/a "Shorty,"        :

                             :

             Defendants.     :

                                         :
------------------------------------X

    Upon application of the United States of America, by and through Assistant United States Attorney DOMINIC A. GENTILE, it is hereby ORDERED that Indictment 22 Cr. 192, which was filed under seal on March 29, 2022, be unsealed immediately.

SO ORDERED.

Dated:   New York, New York
         March 31, 2022

                                                  _____
                                                  HONORABLE SARAH L. CAVE
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  SOUTHERN DISTRICT OF NEW YORK