UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :
                                      :
        - v. -                        :     **SUPERSEDING INFORMATION**
                                      :
MALVIN RESTITUYO,                     :     S3 22 Cr. 192 (JSR)
   a/k/a "Puto,"                      :
                                      :
                    Defendant.        :
- - - - - - - - - - - - - - - - - - - x

COUNT ONE

The Unites States Attorney charges:

1.   On or about June 23, 2019, in the Southern District of New York and elsewhere, MALVIN RESTITUYO, a/k/a "Puto," the defendant, knowingly did sell and otherwise dispose of ammunition, to wit, two .38 caliber bullets, to a person knowing, and having reasonable cause to believe, that such person was then an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802.

(Title 18, United States Code, Sections 922(d)(3) and 2.)

DAMIAN WILLIAMS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MALVIN RESTITUYO,
a/k/a "Puto,"

Defendant.

### SUPERSEDING INFORMATION

S3 22 Cr. 192 (JSR)

(18 U.S.C. §§ 922(d)(3) and 2.)

DAMIAN WILLIAMS
United States Attorney.