UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

                    :

UNITED STATES OF AMERICA    :    WAIVER OF INDICTMENT

       - v. -        :

                    :    S3 22 Cr. 192 (JSR)

MALVIN RESTITUYO,       :
  a/k/a "Puto"         :

                    :

      Defendant.     :

- - - - - - - - - - - - - - - - - X

      MALVIN RESTITUYO, a/k/a "Puto," the above named defendant, who is accused of violating Title 18, United States Code, Sections, 922(d), and 2, and Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open court, prosecution by indictment and consents that the proceeding may be by information instead of indictment.

_____
Malvin Restituyo

_____
Witness

_____
Clay Kaminsky, Esq.
Counsel for Defendant

Date:    New York, New York
       November 3, 2022